1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | Case No. 2:14-cv-02314-MCE-AC |
| Plaintiff-in-Interpleader, | |
| vs. | **ORDER GRANTING STIPULATION OF THE PARTIES FOR TRANSAMERICA LIFE INSURANCE COMPANY TO FILE ITS FIRST AMENDED COMPLAINT-IN-INTERPLEADER** |
| CAROLYN YOUNG, as trustee of the ALVIN M. WHEELER REVOCABLE TRUST, JAMES E. WHEELER, DANIEL M. WHEELER, and DOES 1 through 10, inclusive, | |
| Defendants-In-Interpleader. | |

HINSHAW & CULBERTSON
19800 MacArthur Boulevard
8th Floor
Irvine, CA 92612-2427
949-757-2800

36024948v1 0964136

1

## <u>ORDER</u>

2      Having considered the stipulation of the parties, and good cause appearing, it

3  is  hereby  ordered  that  Plaintiff-in-Interpleader  Transamerica  Life  Insurance

4  Company is permitted to file the First Amended Complaint-in-Interpleader, which is

5  attached the stipulation of the parties as Exhibit "A."

6      **IT IS SO ORDERED**.

7  Dated:  April 15, 2015

8

9  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE

10  UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1