UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN YOUNG, as trustee for the ALVIN M. WHEELER REVOCABLE TRUST, et al.,<br><br>Defendants. | No. 2:14-cv-2314 MCE AC<br><br><br>ORDER |

Plaintiff filed the pending Motion for Default Judgment Against Defendant-in-Interpleader Linda Wilson. ECF No. 28. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On October 13, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 31) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within twenty-one days. No party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed October 13, 2015 (ECF No. 31) are ADOPTED IN FULL;

2. Plaintiff's Motion for Default Judgment Against Defendant-in-Interpleader Linda Wilson (ECF No. 28) is GRANTED;

3. The Court APPROVES the proposed judgment submitted by Plaintiff (ECF No. 28-4); and

4. Plaintiff is ordered to file dispositional documents within thirty (30) days of the entry of the default judgment, based upon its representation that all remaining defendants have "reached an agreement for payment of the Policy proceeds."

IT IS SO ORDERED.

Dated:  December 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT