**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>           Plaintiff-in-Interpleader,<br><br>     vs.<br><br>CAROLYN YOUNG, as trustee of the ALVIN M. WHEELER REVOCABLE TRUST; JAMES E. WHEELER, an individual; DANIEL M. WHEELER, an individual; PATRICIA SMITH, an individual; LINDA WILSON, an individual; and DOES 1 through 10, inclusive,<br><br>           Defendants-in-Interpleader. | Case No. 2:14-cv-02314-MCE-AC<br><br>(Honorable Morrison C. England)<br><br>**ORDER GRANTING STIPULATION FOR:**<br><br>**(1) DISCHARGE OF PLAINTIFF;**<br><br>**(2) PERMANENT INJUNCTION;**<br><br>**(3) REIMBURSEMENT OF PLAINTIFF'S REASONABLE ATTORNEYS' FEES AND COSTS;**<br><br>**(4) DISTRIBUTION OF FUNDS; AND**<br><br>**(5) DISMISSAL WITH PREJUDICE** |

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, the Court hereby orders as follows:

1

1. That Transamerica Life Insurance Company ("TLIC") is discharged of all liability with respect to TLIC's Life Insurance Policy number IB00002445 (the "Policy") and/or the benefits payable under the Policy (the "Policy Benefits"); and

2. That Defendants-In-Interpleader Carolyn Young, as trustee of the Alvin M. Wheeler Revocable Trust, James E. Wheeler, Daniel M. Wheeler and Patricia Smith , and their respective agents, attorneys and/or assigns are enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against TLIC and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Policy and/or Policy benefit; and

3. That TLIC is awarded the sum of $11,500 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Policy benefit deposited with the Court, to be made payable via a check to "Transamerica Life Insurance Company" and to be mailed forthwith to its counsel of record in this action:  Hinshaw & Culbertson LLP, Attention: Andrew S. Williams, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071; and

4. That Roderick L. Mackenzie is to be paid $20,000 from the Policy Benefits by check made payable to "MacKenzie and Brody" and mailed to 1107 Second Street, #330, Sacramento, California 95814; and

///
///
///
///
///
///
///
///
///

5. That the remaining balance of the Policy Benefits in the amount of $55,747.47, plus any applicable interest, is to be paid by check made payable to "James E. Wheeler and Daniel M. Wheeler" and mailed to their counsel of record MacKenzie and Brody, 1107 Second Street, #330, Sacramento, California 95814; and

6. That this case be dismissed with prejudice.  The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  December 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT